IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| THOMAS FRANKLIN WOODY,<br>Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Respondent. | MOTION TO VACATE<br>28 U.S.C. § 2255<br><br>CRIMINAL ACTION NO.<br>2:08-CR-0041-SCJ-JCF-01<br><br>CIVIL ACTION NO.<br>2:22-CV-0222-SCJ-JCF |

### ORDER

This matter is before the Court for consideration of the Final Report and Recommendation of Magistrate Judge J. Clay Fuller [Doc. 118], to which no objections have been filed. After reviewing the Report & Recommendation, it is received with approval and **ADOPTED** as the Opinion and Order of this Court.

Accordingly, it is hereby **ORDERED** that the Government's Motion to Dismiss [Doc. 113] is **GRANTED** and Defendant's Motion to Vacate, Set Aside or Correct Sentence Pursuant to U.S.C. 28 § 2255 [Doc. 87] is **DENIED without prejudice for lack of jurisdiction**. A certificate of appealability is also **DENIED**. It is further **ORDERED** that civil action number 2:22-CV-0222-SCJ-JCF is **DISMISSED**.

**IT IS SO ORDERED**, this 15th day of February, 2024.

_____
STEVE C. JONES
UNITED STATES DISTRICT JUDGE